Argued and submitted July 11, affirmed August 6, 1997

Tim GREENE,
Administrator of the Estate of
Jacob Luke Greene,
*Appellant,*

*v.*

Mary WILSON,
Administrator of the Estate of
Seth Greene, deceased,
*Respondent.*

(95 CV 0935; CA A93514 (Control))

Tim GREENE,
Guardian ad Litem for Rachele Greene,
*Appellant,*

*v.*

Mary WILSON,
Administrator of the Estate of
Seth Greene, deceased,
*Respondent.*

(95 CV 0936; CA A93515)
(Cases Consolidated)

944 P2d 321

Roger Gould argued the cause and filed the brief for appellant.

John F. Kilcullen argued the cause for respondent. With him on the brief were Richard A. Roseta and Brown, Roseta, Long, McConville, Kilcullen & Carlson.

Before Haselton, Presiding Judge, Deits, Chief Judge, and Rossman, Senior Judge.

PER CURIAM

Affirmed. *Lane v. Brown*, 138 Or App 34, 906 P2d 821 (1995), *rev allowed* 323 Or 114 (1996).